THE PEOPLE OF THE STATE OF NEW YORK ex rel. GEDNEY DAIRY COMPANY, Respondent, v. GEORGE KREIS, Appellant.— Appeal dismissed. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Taylor, JJ.

JAY BERMAN, Appellant, v. ELLEN TERRY THEATRE CORPORATION, JOSEPH A. SCHUCHERT and RUFUS J. WOOD, Respondents.— Judgments affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MICHAEL TAMBURO, Respondent, v. JOSEPH CRIAZZO, Also Known as GUISEPP CRIAZZO, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROBERT P. HABGOOD, Appellant, v. VAN DYKE TAXI & TRANSFER, INC., and BERNARD BROWN, Whose First Name Is Unknown, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

ROBERT P. HABGOOD, JR., an Infant, by SAMUEL B. NEWTON, His Guardian ad Litem, Appellant, v. VAN DYKE TAXI & TRANSFER, INC., and BERNARD BROWN, Whose First Name Is Unknown, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

MARY S. HABGOOD, Appellant, v. VAN DYKE TAXI & TRANSFER, INCORPORATED, and BERNARD BROWN, Whose First Name Is Unknown, etc., Respondents.— Order affirmed, with ten dollars costs and disbursements. All concur, except Crouch, J., who dissents and votes for reversal. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

VINCENT ZWOLENKIEWICZ and STANISLAWA ZGLINICKA, as Executors, etc., of AUGUST ZWOLENKIEWICZ, Deceased, Respondents, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

ARCHIE W. HILDOM, Respondent, v. ALVIN M. ANDERSON and SHERMAN S. KEYES, Appellants.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LUDWIG KASZYNSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

LEOKADJA KASZYNSKI, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Crouch, Taylor and Sawyer, JJ.

GEORGE COCHRAN, Respondent, v. NEW YORK CENTRAL RAILROAD COMPANY, Appellant, and WILLIAM J. JONES, Defendant.— Judgment and order affirmed, with costs. All concur. Present — Hubbs, P. J., Clark, Sears, Crouch and Sawyer, JJ.

LEONA SITZMAN, an Infant, by PHILIP SITZMAN, Her Guardian ad Litem, Respondent, v. INTERNATIONAL RAILWAY COMPANY, Appellant.— Judgment and order reversed on the facts and a new trial granted, with costs to appellant to abide the event, upon the ground that the verdict is against the weight of the evidence on the question of contributory negligence. All concur. Present — Hubbs, P. J., Sears, Crouch, Taylor and Sawyer, JJ.